PER CURIAM.

(No. 74-CC-80—Claimant ▮▮▮▮▮)

GEORGE T. CALEEL, D.O., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 15, 1973.*

GEORGE T. CALEEL, D.O., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-81—Claimant ▮▮▮▮▮)

GEORGE T. CALEEL, D.O., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 15, 1973.*

GEORGE T. CALEEL, D.O., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.